UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** | COURT DATE: |
| PLAINTIFF(S) | Case No. **08 C 1549** |
| vs. | |
| **LOUIS TUCKPOINTING, INC.** | SERVICE DOCUMENTS: **SUMMONS & COMPLAINT** |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 11, 2008**, at **12:13 PM**, I served the above described documents upon **LOUIS TUCKPOINTING, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **J. BRENT HOPPER / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **12 W. 15TH ST, CHICAGO HEIGHTS, IL 60411.**

**DESCRIPTION:** Gender: **M** Race: **WHITE** Age: **45** Hgt: **5'10"** Wgt: **185** Hair: **BROWN** Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

**Karen Crohan, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 11th day of April, 2008

Joan C. Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:               ORIGINAL PROOF OF SERVICE          TRACKING #
Laborers Pension and Welfare Funds*                          37334
FILE #: