IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and ) <br> LABORERS' WELFARE FUND OF THE ) <br> HEALTH AND WELFARE DEPARTMENT ) <br> OF THE CONSTRUCTION AND GENERAL ) <br> LABORERS' DISTRICT COUNCIL OF ) <br> CHICAGO AND VICINITY, and JAMES S. ) <br> JORGENSEN, Administrator of the Funds, ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> LOUIS TUCKPOINTING, INC., an Illinois ) <br> corporation, ) <br> Defendant. ) | Case No.: 08 C 1549 <br><br> Judge Bucklo |

## NOTICE OF MOTION

To:   Louis Tuckpointing, Inc.
      c/o J. Brent Hopper, Registered Agent
      12 W 15th St.
      Chicago Heights, IL  60411

   PLEASE TAKE NOTICE that at 9:30 a.m. on Friday, May 16, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Elaine E. Bucklo, Room 1441, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Order of Default Judgment in Sum Certain and to Compel an Audit, a copy of which is herewith served upon you.

May 2, 2008                                              Laborers Pension Fund, et al.

                                                         By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

   The undersigned certifies that on this 2nd day of May 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                         /s/ Patrick T. Wallace