## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Laborers' Pension Fund, et al.

                  Plaintiff,

v.                                   Case No.: 1:08–cv–01549
                                   Honorable Elaine E. Bucklo

Louis Tuckpointing, Inc.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Status hearing held. Plaintiffs' motion for entry of default order and to compel audit is granted. It is hereby ordered that Louis Tuckpointing is in default. The Company is hereby directed to submit its books and records for an audit by the Funds for the period of April 1, 2007 forward. The Company be and is hereby directed to submit and pay all contribution reportsfor the period of December 2007 and March 2008 forward and submit and pay all dues reportsfor the period of December 2007 forward.FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon thecompletion of the audit. Prove–up hearing set for 7/14/2008 at 9:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.